THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JULIUS L. WEBSTER *et al.*, Defendants-Appellants.

(No. 53224; )

First District—April 1, 1971.

Opinion by Mr. JUSTICE DEMPSEY.

George C. Pontikes, of Chicago, for appellants.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Robert L. Best, Assistant State's Attorneys, of counsel,) for the People.

LEONA KERBECK *et al.*, Plaintiffs-Appellants, *v.* DONALD F. SUCHY, Defendant-Appellee.

(Nos. 53234, 53482 cons.; )

First District—March 23, 1971.